# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
WILLIAM E. DUGAN, et al.

v.

STAHU EQUIPMENT, INC., an Illinois corporation

Case Number:

**FILED**
**JANUARY 2, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**   **08 C 20**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
WILLIAM E. DUGAN, et al., Plaintiffs herein

**JUDGE KENNELLY**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print)  Catherine M. Chapman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Catherine M. Chapman | |
| FIRM  Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS  200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP  Chicago, IL   60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6204026 | TELEPHONE NUMBER  312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |