## United States District Court for the Northern District of Illinois

Case Number: 08cv20                     Assigned/Issued By: J. N.

Judge Name: KENNELLY            Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2432658

Date Payment Rec'd: 1-2-08                 Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 1-2-08 as to DEFENDANT
                            (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05