AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

STAHU EQUIPMENT, INC., an Illinois corporation

CASE NUMBER: **08 C 20**

ASSIGNED JUDGE: **JUDGE KENNELLY**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Stahu Equipment, Inc.
c/o Christopher Rebacz, Registered Agent/President
6400 River Road
Hodgkins, IL  60525

or

15W730 90th Street
Burr Ridge, IL  60527

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Paula Harrison*
**(By) DEPUTY CLERK**

**January 2, 2008**
Date



**State of Illinois**

**General No.: 08C20**

**County of USDC CHICAGO**

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 1/11/2008 at 1:50:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Stahu Equipment, Inc. c/o Christopher Rebacz as shown below:

Served the wihin named Stahu Equipment, Inc. c/o Christopher Rebacz by delivering a true and correct copy of the SUMMONS and COMPLAINT, to Maria Rebacz a person authorized to accept service of process as agent.

Said service was effected at 6400 River Rd., Hodgkins, IL 60525

Description of Person Served  Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1-14-08
Dated

Leroy Karczewski
117-000192