# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0020 |
| | ) | |
| STAHU EQUIPMENT, INC., | ) | JUDGE MATTHEW F. KENNELLY |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Mr. Christopher Rebacz, Registered Agent   Mr. Christopher Rebacz, Registered Agent
     Stahu Equipment, Inc.                      Stahu Equipment, Inc.
     6400 River Road                            15W730 90th Street
     Hodgkins, IL  60525                        Burr Ridge, IL  60527

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **20th** day of **February 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Matthew F. Kennelly, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2103, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of February 2008:

>Mr. Christopher Rebacz, Registered Agent
>Stahu Equipment, Inc.
>6400 River Road
>Hodgkins, IL   60525
>
>Mr. Christopher Rebacz, Registered Agent
>Stahu Equipment, Inc.
>15W730 90th Street
>Burr Ridge, IL   60527

>/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Stahu Equipment\notice of motion.bpa.df.wpd