**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

William E. Dugan, et al.
       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00020
　　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Stahu Equipment, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

  MINUTE entry before Judge Matthew F. Kennelly :Motion for entry of default and turnover order [10] is granted. Enter Order. Status hearing set for 4/2/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.