**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0020 |
| | ) | |
| STAHU EQUIPMENT, INC., | ) | JUDGE MATTHEW F. KENNELLY |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on February 20, 2008, request this Court enter judgment against Defendant, STAHU EQUIPMENT, INC. In support of that Motion, Plaintiffs state:

1. On February 20, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for August 2007 through January 2008. The Court also entered an order that judgment would be entered after Plaintiffs' determined the amounts due from Defendant.

2. On or about February 25, 2008, Plaintiffs received contribution reports from Defendant. The reports for the time period June 2007 and August 2007 through December 2007, and check stubs submitted by employees for the time period May 2007, July 2007, October 2007 and November 2007, show that the Defendant is delinquent in contributions to the Funds in the amount of $35,829.60. (See Affidavit of David S. Bodley).

3.      Additionally, the amount of $13,371.98 is due for liquidated damages for May 2005, June 2005, August 2005, May 2006 through December 2006 and May 2007 through December 2007. (Bodley Aff. Par. 5).

4.      Plaintiffs have incurred a fee of $175.00 as a result of Defendant's submission of fringe benefit contributions by way of checks which were subsequently dishonored by its bank for non-sufficient funds.

5.      In addition, Plaintiffs' firm has expended the total amount of $420.00 for costs and $225.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $50,021.58.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $50,021.58.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Stahu Equipment\motion-judgment.bpa.df.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have served the above-referenced document by facsimile to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 4th day of March 2008:

    Mr. Christopher Rebacz, Registered Agent
    Stahu Equipment, Inc.
    6400 River Road
    Hodgkins, IL   60525

    Mr. Christopher Rebacz, Registered Agent
    Stahu Equipment, Inc.
    15W730 90th Street
    Burr Ridge, IL   60527
    (708) 579-9850


            /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Stahu Equipment\motion-judgment.bpa.df.wpd