IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0020 |
| | ) | |
| STAHU EQUIPMENT, INC., | ) | JUDGE MATTHEW F. KENNELLY |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF MOTION

TO:  Mr. Christopher Rebacz, Registered Agent      Mr. Christopher Rebacz, Registered Agent
     Stahu Equipment, Inc.                          Stahu Equipment, Inc.
     6400 River Road                                15W730 90th Street
     Hodgkins, IL  60525                            Burr Ridge, IL  60527

YOU ARE HEREBY NOTIFIED that on **Thursday**, the **20th** day of **March 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Matthew F. Kennelly, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2103, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Judgment.  A copy of said motion was previously served upon you on March 4, 2008.

/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Amended Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have served the above-referenced document by facsimile to the following non-CM/ECF participants on or before the hour of 4:00 p.m. this 11th day of March 2008:

> Mr. Christopher Rebacz, Registered Agent
> Stahu Equipment, Inc.
> 6400 River Road
> Hodgkins, IL  60525
>
> Mr. Christopher Rebacz, Registered Agent
> Stahu Equipment, Inc.
> 15W730 90th Street
> Burr Ridge, IL  60527
> (708) 579-9850

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Stahu Equipment\amended notice of motion-judgment.bpa.df.wpd

```
Confirmation Report - Memory Send

                                    Page        : 001
                                    Date & Time : 03-11-08  12:56pm
                                    Line 1      : 3122360241
                                    Machine ID  : Baum Sigman

Job number        :  736

Date              :  03-11  12:54pm

To                :  ☏17085799850

Number of pages   :  003

Start time        :  03-11  12:54pm

End time          :  03-11  12:56pm

Pages sent        :  003

Status            :  OK

Job number    : 736              *** SEND SUCCESSFUL ***
```

# FAX COVER SHEET

March 11, 2008

**TO**
Christopher Rebacz, President
Stahu Equipment, Inc.

**FAX**
708-579-9850

**SUBJECT**
William E. Dugan, et al. v. Stahu Equipment, Inc.
Case No. 08 C 0020

**COMMENTS**

**FROM**
Beverly P. Alfon

BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
3, including this cover sheet

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**