## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

William E. Dugan, et al.
       Plaintiff,

v.              Case No.: 1:08−cv−00020
              Honorable Matthew F. Kennelly

Stahu Equipment, Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/17/2008 and continued to 4/18/2008 at 10:00 AM., with attorneys by telephone. Settlement Conference set for 4/24/2008 at 11:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.