## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 20 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Dugan, et al. vs. Stahu Equipment Inc. | | |

**DOCKET ENTRY TEXT**

Settlement conference held with party representatives present. Significant progress made. Counsel and parties are to continue to confer to attempt to resolve remaining open issues. Telephone conference, to be initiated by counsel, is set to 4/29/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|