Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 20 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Dugan vs. Stahu Equipment | | |

**DOCKET ENTRY TEXT**

Enter Consent Degree as approved by the Court.   Clerk of Court is directed to terminate all pending motions and schedules.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|